# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB THOMAS DEMASTERS,<br><br>             Petitioner,<br><br>   v.<br><br>PEOPLE OF STATE OF CALIFORNIA,<br><br>             Respondent.<br>_____/ | CV F   05-1402 AWI DLB HC<br><br>SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE<br><br>[Doc. 2] |

On November 8, 2005, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. However, petitioner's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, Petitioner did not submit a certified copy of his prison trust account statement. See 28 U.S.C. § 1915(a)(2). Therefore, on December 30, 2005, the Court directed Petitioner to submit a new application along with a certified copy of his trust account statement or pay the filing fee.

On January 27, 2006, Petitioner filed a second motion to proceed in forma pauperis. However, again, the application does not include the required original signature by an authorized officer of the institution of incarceration, and Petitioner did not submit a certified copy of his prison trust account statement. The Court will grant Petitioner a second opportunity to submit a new application to proceed in forma pauperis and a certified copy of his account statement, or

pay the $5.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   February 9, 2006**          /s/ Sandra M. Snyder
ah0l4d                                     UNITED STATES MAGISTRATE JUDGE