# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB THOMAS DEMASTERS,   | CV F   05-1402 DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S REQUEST TO WITHDRAW UNEXHAUSTED CLAIMS |
| v. | |
| PEOPLE OF STATE OF CALIFORNIA, | [Doc. 18] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On August 10, 2006, the Court granted Respondent's motion to dismiss the instant petition as a "mixed" petition containing both exhausted and unexhausted claims.  (Court Doc. 17.)  The Court informed Petitioner that in lieu of suffering dismissal of the entire petition, he could move to withdraw the unexhausted claims and proceed with the exhausted claim only.  (Id.)  On August 21, 2006, Petitioner filed a motion to withdraw the unexhausted claims.  (Court Doc. 18.)

Petitioner's request is GRANTED, the unexhausted claims are HEREBY ORDERED WITHDRAWN from the action, and the action will proceed on Petitioner's exhausted claim only.  In an order issued concurrently herewith, the Court will direct Respondent to file an answer addressing the exhausted claim.

IT IS SO ORDERED.

Dated:     August 29, 2006              /s/ Dennis L. Beck
3b142a                                  UNITED STATES MAGISTRATE JUDGE

1