# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB THOMAS DEMASTERS,<br><br>                    Petitioner,<br><br>      v.<br><br>PEOPLE OF STATE OF CALIFORNIA,<br><br>                    Respondent. | CV F   05-1402 DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT ANSWER ADDRESSING EXHAUSTED CLAIM |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On August 10, 2006, the Court granted Respondent's motion to dismiss the instant petition as a "mixed" petition containing both exhausted and unexhausted claims. (Court Doc. 17.) The Court informed Petitioner that in lieu of suffering dismissal of the entire petition, he could move to withdraw the unexhausted claims and proceed with the exhausted claim only. (Id.) On August 21, 2006, Petitioner filed a motion to withdraw the unexhausted claims. (Court Doc. 18.) In an order issued concurrently herewith, the Court is granting Petitioner's request to withdraw the unexhausted claims.

    Accordingly, pursuant to Rule 4 of the Rules Governing Section 2254 Cases and Rule 16 of the Federal Rules of Civil Procedure,[1] the Court HEREBY ORDERS:

---

[1] The Federal Rules of Civil Procedure are "applicable to habeas corpus proceedings to the extent that the practice in such proceedings are not set forth in the statutes of the United States and has heretofore conformed to the practice of civil actions." Fed.R.Civ.P. 81(a)(2). Rule 11 also provides "the Federal Rules of Civil Procedure, to the

1  Respondent SHALL SUBMIT an answer addressing the merits of the Petition wtihin **FORTY-**
2  **FIVE** Days from the date of service of this order.  Rule 4, Rules Governing Section 2254 Cases;
3  Cluchette v. Rushen, 770 F.2d 1469, 1473-1474 (9th Cir. 1985) (court has discretion to fix time
4  for filing an Answer.).  Respondent SHALL INCLUDE with the Answer any and all transcripts
5  or other documents necessary for the resolution of the issues presented in the Petition. Rule 5 of
6  the Rules Governing Section 2254 Cases.  Any argument by Respondent that Petitioner has
7  *procedurally defaulted* a claim(s) SHALL BE MADE in the ANSWER that also addresses the
8  merits of the claims asserted. This is to enable the Court to determine whether Petitioner meets
9  an exception to procedural default. See, Paradis v. Arave, 130 F.3d 385, 396 (9th Cir. 1997)
10 (Procedurally defaulted claims may be reviewed on the merits to serve the ends of justice);  Jones
11 v. Delo, 56 F.3d 878 (8th Cir. 1995) (the answer to the question that it is more likely than not that
12 no reasonable juror fairly considering all the evidence, including the new evidence, would have
13 found Petitioner guilty beyond a reasonable doubt necessarily requires a review of the merits).
14 Petitioner's TRAVERSE, if any, is due **THIRTY (30)** days from the date Respondent's Answer
15 is filed with the Court.
16      IT IS SO ORDERED.
17      **Dated:   August 29, 2006**                    **/s/ Dennis L. Beck**
    3b142a                                              UNITED STATES MAGISTRATE JUDGE

---

28 extent that they are not inconsistent with these rules, may be applied, when appropriate, to the petitions filed under these rules." Rule 11, Rules Governing Section 2254 Cases.